**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    OMEGA FAIRHURST DAGGETT, | : | |
|       Debtor | : | Bky. No. 20-10787 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion for Extension of Time Required Schedules, Statements and Other Documents, it is hereby **ORDERED** that the Motion is **GRANTED** and the deadline for the filing of all required schedules, statements and other documents required by Fed. R. Bankr. P. 1007 is **EXTENDED** to **March 9, 2020.** If the required schedules, statements and other documents are not timely filed, this case may be **DISMISSED** without further notice or hearing.

Date:  **February 26, 2020**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**