United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 20-10787-elf
Omega Fairhurst Daggett                                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 1              Date Rcvd: Feb 26, 2020
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db           +Omega Fairhurst Daggett,    3011 Windsor Street,    Easton, PA 18045-1968
cr           +Bayview Loan Servicing, LLC,   c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
          REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM P. MARSHALL    on behalf of Debtor Omega Fairhurst Daggett wpmlawoffice@aol.com
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :    Chapter 13
    OMEGA FAIRHURST DAGGETT,       :
        Debtor                          :    Bky. No. 20-10787 ELF

# O R D E R

AND NOW, upon consideration of the Debtor's Motion for Extension of Time Required Schedules, Statements and Other Documents, it is hereby **ORDERED** that the Motion is **GRANTED** and the deadline for the filing of all required schedules, statements and other documents required by Fed. R. Bankr. P. 1007 is **EXTENDED** to **March 9, 2020.**  If the required schedules, statements and other documents are not timely filed, this case may be **DISMISSED** without further notice or hearing.

Date:  February 26, 2020

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE