**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Omega** | **Fairhurst** | **Daggett** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064**<br>**estranged spouse** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.5**__<br>☐ Schedule G _____<br>**Bank of America** |
| 3.2 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ■ Schedule D, line __**2.2**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**JP Morgan Chase Bank** |
| 3.3 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ■ Schedule D, line __**2.1**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bayview Loan Servicing, LLC** |

| Debtor 1 | **Omega Fairhurst Daggett** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.4 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.1**__<br>☐ Schedule G _____<br>**AMA Counseling Servs, LLC** |
| 3.5 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Amazon** |
| 3.6 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.3**__<br>☐ Schedule G _____<br>**Assetcare** |
| 3.7 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.4**__<br>☐ Schedule G _____<br>**Bank of America** |
| 3.8 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.6**__<br>☐ Schedule G _____<br>**Bethlehem Pediatrc Dental Assoc.** |
| 3.9 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.8**__<br>☐ Schedule G _____<br>**Easton Suburban Water Auth** |
| 3.10 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.10**__<br>☐ Schedule G _____<br>**Good Shepherd Rehab Hospital** |

Debtor 1  **Omega Fairhurst Daggett**                                                                 Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.11 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.12**<br>☐ Schedule G _____<br>**Kohls/Capital One** |
| 3.12 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.13**<br>☐ Schedule G _____<br>**Lehigh Valley Hospital - Muhlenburg** |
| 3.13 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.14**<br>☐ Schedule G _____<br>**Lehigh Valley Hospital - Muhlenburg** |
| 3.14 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.16**<br>☐ Schedule G _____<br>**North Star Dental Care** |
| 3.15 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.20**<br>☐ Schedule G _____<br>**Star Open MRI** |
| 3.16 | **John K Daggett**<br>**169 3rd Street**<br>**Nazareth, PA 18064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.22**<br>☐ Schedule G _____<br>**Verizon** |