**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 20-10787** |
| **Omega Fairhurst Daggett** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| Movant, | : | _____ |
| | : | |
| vs | : | **Place of Hearing** |
| | : | **The Gateway Building** |
| **Omega Fairhurst Daggett** | : | **201 Penn St., 4th Floor Courtroom** |
| **John K Daggett** | : | **Reading, PA, 19601-____** |
| | : | |
| **Scott F. Waterman** | : | |
| Respondents. | | **Related Document #** |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>**

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank,

N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices

issued in this case to the undersigned at the address below.

<div style="margin-left: 40%;">

Respectfully submitted,

  /s/ Karina Velter
_____
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

</div>

20-008623_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :
                                              :   **Case No.: 20-10787**
**Omega Fairhurst Daggett**                   :   **Chapter 13**
                                              :   **Judge Patricia M. Mayer**
                                **Debtor(s)**  :   * * * * * * * * * * * * * * * * * * * *
                                              :
**JPMorgan Chase Bank, N.A.**                 :   **Date and Time of Hearing**
                                **Movant,**    :   _____
                                              :
        **vs**                                :
                                              :   **Place of Hearing**
                                              :   **The Gateway Building**
**Omega Fairhurst Daggett**                   :   **201 Penn St., 4th Floor Courtroom**
**John K Daggett**                            :   **Reading, PA, 19601-____**
                                              :
**Scott F. Waterman**                         :
                                **Respondents.**   **Related Document #**

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and

Request for Notices was filed electronically.  Notice of this filing will be sent to the following

parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Scott F. Waterman, Chapter 13 Trustee, scottfwaterman@gmail.com

   William P. Marshall, Attorney for Omega Fairhurst Daggett, wpmlawoffice@aol.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

   Omega Fairhurst Daggett, 3011 Windsor Street, Easton, PA  18045

   John K Daggett, 3011 Windsor St, Easton, PA  18045-1968


                                        /s/ Karina Velter
                                        _____

20-008623_PS