United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                         Case No. 20-10787-pmm
Omega Fairhurst Daggett                                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 2              Date Rcvd: Mar 16, 2020
                              Form ID: 309I            Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.
```
db         +Omega Fairhurst Daggett,    3011 Windsor Street,    Easton, PA 18045-1968
tr         +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
             Reading, PA 19606-2265
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14480815   +AMA Counseling Servs, LLC,    3201 Highfield Dr,    Suite M,    Bethlehem, PA 18020-1113
14480822   +Bethlehem Pediatrc Dental Assoc.,    2299 Broadhead Road,    Bethlehem, PA 18020-8908
14480824   +Comenty Bank Hottopiv,    PO Box 182789,    Columbus, OH 43218-2789
14480825   +Convergent Outsourcing, Inc,    800 SW39th St., Ste 100,    PO Box 9021,    Renton, WA 98057-9021
14480826    Diversified Consultants, Inc,    PO Box 1391,    Southgate, MI 48195-0391
14480828   +EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
14480829   +Fidelity Creditor Service,    Dept 831,    P.O. Box 4115,    Concord, CA 94524-4115
14480830   +Financial Helpers, LLC,    47 E. Lexington Street,    Allentown, PA 18103-4157
14480831   +Frederic Weinberg, Esquire,    375 E. Elm Street,    Conshohocken, PA 19428-1973
14480832   +Good Shepherd Rehab Hospital,    916 S. 6th Street,    Allentown, PA 18103-3208
14480833   +Gwin M. Krouse, Esquire,    1125 S. Cedar Crest Blvd,    Suite 205,    Allentown, PA 18103-7903
14480835    JP Morgan Chase Bank,    P.O. Box 182055,    Columbus, OH 43218-2055
14480834   +John K Daggett,    169 3rd Street,    Nazareth, PA 18064-2549
14480837   +Lehigh Valley Hospital - Muhlenburg,    2545 Schoenersville Road,    Bethlehem, PA 18017-7300
14480839   +Met-Ed,    PO Box 3687,    Akron, OH 44309-3687
14480841   +North Star Dental Care,    430 Nazareth Pike,    Suite 2 A,    Nazareth, PA 18064-9615
14480842   +Palmer Township,    3 Weller Place,    Easton, PA 18045-1975
14480844   +RCN,    PO Box 11816,    Newark, NJ 07101-8116
14480845   +Star Open MRI,    3729 Nazareth Road,    Suite 102,    Easton, PA 18045-8339
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: wpmlawoffice@aol.com Mar 17 2020 03:57:49     WILLIAM P. MARSHALL,
             Law Office of William P. Marshall,    P.O. Box 267,    3101 Trewigtown Road,    Colmar, PA   18915
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 17 2020 03:58:06
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA   17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 17 2020 03:58:17     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 17 2020 03:58:11     United States Trustee,
             Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14480816   +EDI: RMSC.COM Mar 17 2020 07:49:00      Amazon,    P.O. Box 960013,    Orlando, FL 32896-0013
14480817   +EDI: CAPIO.COM Mar 17 2020 07:49:00      Assetcare,    2222 Texoma Pkwy,    Suite 160,
             Sherman, TX 75090-2482
14480818   +E-mail/Text: paymentprocessing@avanteusa.com Mar 17 2020 03:57:52     Avanter USA,
             3600 S. Gessner,    Suite 225,    Houston, TX 77063-5357
14480819   +EDI: BANKAMER2.COM Mar 17 2020 07:48:00      Bank of America,    100 North Tryon Street,
             Charlotte, NC 28255-0001
14480821   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 17 2020 03:58:17
             Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd,    Miami, FL 33146-1873
14473571    E-mail/PDF: resurgentbknotifications@resurgent.com Mar 17 2020 04:01:51      CACH, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14480823   +EDI: CAPIO.COM Mar 17 2020 07:49:00      Capi Partners,    2222 Texoma Pkwy,    Suite 150,
             Sherman, TX 75090-2481
14480827   +E-mail/Text: hfrantz@eswater.net Mar 17 2020 03:58:00     Easton Suburban Water Auth,
             3700 Hartley Ave,    PO Box 3819,    Easton, PA 18043-3819
14480836    E-mail/Text: bncnotices@becket-lee.com Mar 17 2020 03:57:56     Kohls/Capital One,
             PO Box 3115,    Milwaukee, WI 53201-3115
14480840   +EDI: CAPIO.COM Mar 17 2020 07:49:00      Mitchell D. Bluhm & Assoc LLC,    3400 Texoma Pkwy,
             Suite 100,    Sherman, TX 75090-1916
14480843    EDI: RMSC.COM Mar 17 2020 07:49:00      Paypal Credit,    P.O. Box 105658,
             Atlanta, GA 30348-5658
14475432    EDI: Q3G.COM Mar 17 2020 07:48:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
             PO Box 788,    Kirkland, WA   98083-0788
14480846   +EDI: RMSC.COM Mar 17 2020 07:49:00      SYNC/PPC,    PO Box 965005,    Orlando, FL 32896-5005
14480847   +EDI: VERIZONCOMB.COM Mar 17 2020 07:48:00      Verizon,    777 Parkway Avenue,
             Trenton, NJ 08618-2797
                                                                                              TOTAL: 18
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-4           User: Keith                Page 2 of 2                   Date Rcvd: Mar 16, 2020
                               Form ID: 309I              Total Noticed: 44
```

```
14480820*       +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
14480838*       +Lehigh Valley Hospital - Muhlenburg,    2545 Schoenersville Road,    Bethlehem, PA 18017-7300
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM P. MARSHALL    on behalf of Debtor Omega Fairhurst Daggett wpmlawoffice@aol.com
                                                                                             TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Omega Fairhurst Daggett** | Social Security number or ITIN  **xxx–xx–9899** |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) |  | Social Security number or ITIN  _ _ _ _ |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**   **2/7/20** |
| Case number: | **20–10787–pmm** | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case        12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|   | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Omega Fairhurst Daggett | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3011 Windsor Street<br>Easton, PA 18045 | |
| 4. | **Debtor's attorney**<br>Name and address | WILLIAM P. MARSHALL<br>Law Office of William P. Marshall<br>P.O. Box 267<br>3101 Trewigtown Road<br>Colmar, PA 18915 | Contact phone 215–997–6040<br><br>Email: wpmlawoffice@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 3/16/20 |

**For more information, see page 2**

Debtor **Omega Fairhurst Daggett**                                                                                                   Case number **20–10787–pmm**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 14, 2020 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/13/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/17/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/5/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $50.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/28/20** at **10:00 AM** , Location: **201 Penn Street, 4th Floor, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |