UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

March 27, 2020

To:
**William P. Marshall, Esq.**
P O Box 267, 3101 Trewigtown Road
Colmar, PA  18915

> In re:  Tracy L. Brown
> Bankruptcy No. **20-10787 pmm**
> Adversary No.
> Chapter 13

Re **:  Amended Schedule D - $31.00**

The above document(s) were filed in this office on March 26, 2020**.**  Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )    Voluntary Petition -Filing Fee
    ( )    Adversary Proceeding
    (XX)    $31.00 Filing Fee for Amendments
    ( )    $25.00 Claims Transfer Fee
    ( )    Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will  be referred to the Chief Judge.

> Timothy B. McGrath
> Clerk

> By: **s/Keith R. Borzillo**
>     Deputy Clerk

*Fee Notice*
*(11/26/18)*