UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                                    Chapter 13
    Omega Fairhurst Daggett                    Bankruptcy No.20-10787-PMM


                 Debtor

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 1st day of July, 2020, by first class mail upon those

listed below:

Omega Fairhurst Daggett
3011 Windsor Street
Easton, PA  18045

**Electronically via CM/ECF System Only:**

WILLIAM P MARSHALL ESQ
LAW OFC WM P MARSHALL PC
3101 TREWIGTOWN RD,POB 267
COLMAR, PA  18915


                              */s/ Deborah A. Earnshaw*
                              Deborah A. Earnshaw
                              for
                              Scott F. Waterman, Esquire
                              Standing Chapter 13 Trustee