**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | |
| **Omega Fairhurst Daggett** | **:** | **Case No.: 20-10787** |
| | **:** | **Chapter 13** |
| **Debtor(s).** | **:** | **Judge Patricia M. Mayer** |
| | **:** | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | **:** | |
| | **:** | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel

of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor").  Sarah E. Barngrover is no

longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

20-008623_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 20-10787** |
| **Omega Fairhurst Daggett** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Omega Fairhurst Daggett** | : | |
| **John K Daggett** | : | |
| | : | |
| **Scott F. Waterman** | : | |
| Respondents. | | |

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

  Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

  Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA
  19606, ECFMail@ReadingCh13.com

  William P. Marshall, Attorney for Omega Fairhurst Daggett, P.O. Box 267, 3101 Trewigtown
  Road, Colmar, PA  18915, wpmlawoffice@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 14,
2021:

  Omega Fairhurst Daggett, 3011 Windsor Street, Easton, PA  18045


DATE: <u>September 14, 2021</u>

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028

20-008623_PS

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

20-008623_PS