**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Omega  Fairhurst  Daggett            CHAPTER 13
                   Debtor(s)

                                                    BKY. NO. 20-10787 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely in its capacity as trustee of Citigroup Mortgage Loan Trust 2022-RP2 and index same on the master mailing list.

                                      Respectfully submitted,



Rebecca Solarz
03 Jun 2022, 12:11:16, EDT

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322