**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Omega Fairhurst Daggett       CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 20-10787 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely in its capacity as trustee of Citigroup Mortgage Loan Trust 2022-RP2 and index same on the master mailing list.

Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
03 Jun 2022, 12:11:16, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322